**1**

**UNITED STATES ex rel. Joseph MATRANGA, Relator Appellant, v. Henry H. CURRAN, as Commissioner, etc., Respondent Appellee.**

(Circuit Court of Appeals, Second Circuit. February 21, 1927.)

No. 213.

Appeal from the District Court of the United States for the Southern District of New York.

John M. Lyons, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Charles Lincoln Sylvester, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and SWAN, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

**2**

**UNITED STATES ex rel. W. L. SLAYTON, Plaintiff in Error, v. J. W. PASCHALL, as County Judge, etc., Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. December 14, 1926.)

No. 7425.

In Error to the District Court of the United States for the Eastern District of Arkansas.

Dismissing writ of error 9 F.(2d) 109.

Thomas S. Buzbee, George B. Pugh, and H. T. Harrison, all of Little Rock, Ark., for plaintiff in error.

E. W. Brockman, of Pine Bluff, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, at cost of plaintiff in error, per stipulation of parties.

---

**3**

**UNITED STATES, on Petition and Relation of Morris ABRAHAMS, Appellant, v. William C. HECHT, United States Marshal for the Southern District of New York, Appellee.**

(Circuit Court of Appeals, Second Circuit. March 7, 1927.)

No. 218.

Appeal from the District Court of the United States for the Southern District of New York.

Morris D. Reiss, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (David P. Siegel and Bethuel M. Webster, Jr., Asst. U. S. Attys., both of New York City, of counsel), for appellee.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Order affirmed.

---

**4**

**UNITED STATES, on Petition and Relation of Harry L. RASHBAUM, Appellant, v. William C. HECHT, United States Marshal for the Southern District of New York, Appellee.**

(Circuit Court of Appeals, Second Circuit. March 7, 1927.)

No. 217.

Appeal from the District Court of the United States for the Southern District of New York.

Morris D. Reiss, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (David P. Siegel and Bethuel M. Webster, Jr., Asst. U. S. Attys., both of New York City, of counsel), for appellee.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Order affirmed.

---

**5**

**UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Cosmopolitan Shipping Co., Inc., Plaintiffs in Error (Defendants Below), and Commercial Stevedoring Company, Defendant, v. Stephen O'CONNELL, Defendant in Error (Plaintiff below).**

(Circuit Court of Appeals, Second Circuit. March 7, 1927.)

No. 229.

In Error to the District Court of the United States for the Southern District of New York.

Emory R. Buckner, U. S. Atty., and Irving L. Evans, both of New York City (Frederick H. Cunningham, of New York City, of counsel), for plaintiffs in error.

Levy & Becker, of New York City (Harold R. Medina, Joseph Levy, and Edward Gluck, all of New York City, of counsel), for defendant in error.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.